IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CTL, a minor, by his Guardian ad litem, CHRIS J. TREBATOSKI, ERIC LINDMAN and NICHOLE LINDMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLAND SCHOOL DISTRICT,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 10-cv-300-wmc |

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Ashland School District granting its motion for summary judgment and dismissing this case.

| | |
|---|---|
| *s/ Peter Oppeneer* | 3/13/2013 |
| Peter Oppeneer, Clerk of Court | Date |