IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CTL, a minor, by his Guardian ad litem, CHRIS J. TREBATOSKI, ERIC LINDMAN and NICHOLE LINDMAN,

      Plaintiff,

v.

ASHLAND SCHOOL DISTRICT,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-300-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Ashland School District granting its motion for summary judgment and dismissing this case.

| *s/ Peter Oppeneer* | 3/13/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |